IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **TIMOTHY A WELLS,** on behalf of himself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff <br><br> v. <br><br> **REVIVAL SOCIAL CLUB, a/k/a BAR-ISTA, LLC, AND ALAN STOLL, INDIVIDUALLY,** <br><br> Defendants | N<u>o.</u> 16 cv 9223 <br><br> Honorable Judge Ellis <br><br> Magistrate Judge Rowland <br><br> ***JURY DEMAND*** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules Of Civil Procedure, the parties hereby stipulate to the dismissal of this case with prejudice. The parties agree to bear their own attorney's fees and costs except as otherwise agreed to.

Respectfully submitted,

*Electronically Filed 1/17/2017*

| | |
|---|---|
| /s/ John W. Billhorn | /s/ Burr Anderson |
| John William Billhorn | Burr Anderson |
| | |
| BILLHORN LAW FIRM | Anderson Law |
| 53 West Jackson Blvd., Suite 840 | 400 Lake Cook Rd., Suite 221-A |
| Chicago, IL 60604 | Deerfield, IL 60015 |
| (312) 853-1450 | (312) 957-1100 |
| | |
| Attorney for Plaintiff, and all other Plaintiffs similarly situated, known or unknown. | Attorney for Defendants |